IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FEDERAL HOME LOAN           )
MORTGAGE CORPORATION,       )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )         2:11cv729-MHT
                            )             (WO)
GLISSEAN DAVIS CRITTENDEN,  )
                            )
    Defendant.              )
```

OPINION

As the United States Magistrate Judge has described, "At its core this is a matter of non-payment on a promissory note with a subsequent ejection action brought by" plaintiff Federal Home Loan Mortgage Corporation against defendant Glissean Davis Crittenden. Recommendation of the magistrate Judge (doc. no. 36) at 1. This lawsuit is now before the court on the magistrate judge's recommendation that Federal Home Loan's motion to dismiss Crittenden's counterclaim complaint be granted, Federal Home Loan's motion for sanctions be denied, Crittenden's motion for sanctions be denied, and Federal

Home Loan's and Crittenden's other motions be variously granted and denied.  Also before the court are Crittenden's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that Crittenden's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of July, 2012.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE