IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:11cv729-MHT (WO) |
| GLISSEAN DAVIS CRITTENDEN, | ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Glissean Davis Crittenden's objections (doc. nos. 37 & 38) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 36) is adopted.

It is further ORDERED as follows:

(1) Defendant Crittenden's motion to strike (doc. no. 8) is denied.

(2) Defendant Crittenden's motion to amend (doc. no. 10) is denied as moot.

(3) Defendant Crittenden's motion to dismiss (doc. no. 18) is denied.

(4) Plaintiff Federal Home Loan Mortgage Corporation's motion for leave to file supplement (doc. no. 27) is granted.

(5) Plaintiff Federal Home Loan Mortgage Corporation's motion for leave to file supplement (doc. no. 29) is granted.

(6) Defendant Crittenden's motion to compel (doc. no. 32) is denied.

It is further ORDERED as follows:

(1) Defendant Crittenden's motion to dismiss and motion for sanctions (doc. no. 31) are denied.

(2) Defendant Crittenden's motion for sanctions and motion to dismiss (doc. no. 33) are denied.

(3) Plaintiff Federal Home Loan Mortgage Corporation's motion for sanctions (doc. no. 20) is denied.

(4) Plaintiff Federal Home Loan Mortgage Corporation's motion to dismiss (doc. no. 4) and renewed motion to dismiss (doc. no. 20) are granted; and defendant Crittenden's counter-claim complaint is dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed**. The case is remanded back to the magistrate judge as to plaintiff Federal Home Loan Mortgage Corporation's claims against defendant Crittenden.

DONE, this the 24th day of July, 2012.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**