IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FEDERAL HOME LOAN            )
MORTGAGE CORPORATION,        )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )         2:11cv729-MHT
                             )             (WO)
GLISSEAN DAVIS CRITTENDEN,   )
                             )
     Defendant.              )
```

OPINION

In this lawsuit, plaintiff Federal Home Loan Mortgage Corporation ("Freddie Mac") asserts against defendant Glissean Davis Crittenden an ejectment claim, in which Freddie Mac seeks (i) a declaration awarding immediate possession to it of the property at 4368 Narrow Lane Road, Montgomery, Alabama 36116; (ii) a direction to Crittenden to vacate the property and leave it in "broom swept" condition within 30 days of today's date; (iii) a declaration extinguishing any right of redemption by Crittenden; and (iv) monetary damages. This lawsuit is now before the court on the magistrate judge's

recommendation that Freddie Mac's motion for summary judgment should be granted, subject to the court holding a hearing as to the amount of damages to award to it. Also before the court are Crittenden's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that Crittenden's objections should be overruled  and the magistrate judge's recommendation adopted.

    An appropriate judgment will be entered.

    DONE, this the 27th day of December, 2012.

                               /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE