IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FEDERAL HOME LOAN            )
MORTGAGE CORPORATION,        )
                             )
    Plaintiff,               )
                             )   CIVIL ACTION NO.
    v.                       )     2:11cv729-MHT
                             )         (WO)
GLISSEAN DAVIS CRITTENDEN,   )
                             )
    Defendant.               )

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Glissean Davis Crittenden's objections (doc. no. 59) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 53) is adopted.

(3) Plaintiff Federal Home Loan Mortgage Corporation's motion for summary judgment (doc. no. 45) is granted.

(4) Judgment is entered in favor of plaintiff Federal Home Loan Mortgage Corporation and against defendant Crittenden on plaintiff Federal Home Loan Mortgage Corporation's ejectment claim.

(5) It is the declaration of the court that plaintiff Federal Home Loan Mortgage Corporation is to have immediate possession of the property at 4368 Narrow Lane Road, Montgomery, Alabama 36116.

(6) Defendant Crittenden is directed to vacate said property and leave it in "broom swept" condition within 30 days of today's date.

(7) It is the declaration of the court that any right of redemption to defendant Crittenden in said property is extinguished.

(8) A hearing on the amount of damages to which plaintiff Federal Home Loan Mortgage Corporation is entitled from defendant Crittenden is set for

>    January 30, 2013, at 10:00 a.m., in the Frank M.
>    Johnson Jr. United States Courthouse Complex,
>    Courtroom 2FMJ, One Church Street, Montgomery,
>    Alabama.  Defendant Crittenden is to be present
>    and may present evidence and subpoena any
>    witnesses to testify.
>
> (9) The magistrate judge is to arrange for the
>    subpoenaing of any witnesses for defendant
>    Crittenden for said hearing.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 27th day of December, 2012.

                       /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE