IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FEDERAL HOME LOAN           )
MORTGAGE CORPORATION,       )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      2:11cv729-MHT
                            )          (WO)
GLISSEAN DAVIS CRITTENDEN,  )
                            )
    Defendant.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Judgment is entered in favor of plaintiff Federal Home Loan Mortgage Corporation and against defendant Glissean Davis Crittenden.

(2) Plaintiff Federal Home Loan Mortgage Corporation shall have and recover from defendant Crittenden the sum of $ 8,775.00 ($ 450 a month for the prior 19 and one-half months), plus $ 450 a month for any continuing period of unlawful occupation, pro rated for periods less

than full months, plus interest accruing at the legal rate of interest.

It is further ORDERED that costs are taxed against defendant Crittenden, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of January, 2013.

         /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**